**Shapiro, DiCaro & Barak, LLC**
Attorneys at Law

One Huntington Quadrangle, Suite 3N05
Melville, New York 11747
Tel: (631) 844-9611 • Fax: (631) 844-9525

**Partners:**
Gerald M. Shapiro (admitted in FL, IL)
David S. Kreisman (admitted in IL)

**Managing Partners:**
John A. DiCaro (NY)
Shari S. Barak (NY)

April 29, 2020

Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

RE:   Robin Johnson
         Chapter 13
         Case Number:  1-20-40333-NHL
         SD&B File Number:  19-083417

Dear Judge Lord:

This loss mitigation status letter is submitted on behalf of Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS17, a secured creditor of the above referenced Debtor.

On March 30, 2020 an order was entered for our client to participate in loss mitigation with the Debtor.  On April 2, 2020 our office filed a Creditor's Affidavit with this Court and provided Debtor and Debtor's Counsel with a financial package.  As Debtor had submitted some financial information prior to this Court entering the aforementioned order, a list of missing items was included with the Creditor's Affidavit.  Our office is currently waiting for Debtor to complete and submit the financial package/missing documentation.

If you this Court has any questions, please do not hesitate to contact me. Thank you.

Very truly yours,
*/s/Barbara Dunleavy*
Barbara Dunleavy, Esq.

**Additional Office Location:**
175 Mile Crossing Boulevard, Rochester, New York 14624 | Tel: (585) 247-9000 | Fax: (585) 247-7380

www.LOGS.com/shapiro_dicaro_barak