

Branch Offices
in Suffolk County:

150 Motor Parkway
Ste 401, Rm 424
Hauppauge, NY 11788

80 Orville Drive
Ste 100, Rm 225
Bohemia, NY 11716

**RONALD D. WEISS, P.C.**
ATTORNEY AT LAW
734 Walt Whitman Road., Suite 203, Melville, New York 11747
phone: (631)271-3737/3783 • fax: (631)271-3784
e: weiss@fresh-start.com

Branch Offices
in Nassau County:

626 RexCorp Plaza
Rm 681
Uniondale, NY 11556

1129 Northern Blvd
Ste 404
Manhasset NY 11030

May 5, 2020

**VIA CM/ECF**
Honorable Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

                In Re:       **Robin Johnson**
                               **Case No.: 8-20-40333-nhl**

Honorable Sir:

       This office represents Robin Johnson, Debtor in the above referenced Chapter 13 matter. Debtor's counsel submits this letter as to the status of Loss Mitigation.

       On January 21, 2020, this office faxed a loss mitigation package to the Shapiro DiCaro and Barak, counsel for Secured Creditor. On February 10, 2020, this office discovered the fax was sent to the wrong location, and the package was resubmitted the same day. On February 20, 2020, this office received a Missing Documents Letter from counsel for Secured Creditor, and Debtor submitted these documents in part on March 9, 2020 and in full on March 13, 2020. On March 27, 2020, this office received another Missing Documents Letter.

       The Debtor is still in the process of obtaining documents, which has been slowed due to the COVID-19 shutdown. The Documents have been requested from the Debtor and will be provided as soon as possible.

       If you should have any questions or concerns, please do not hesitate to contact the undersigned at the number listed below.

                                                       Respectfully submitted,

                                                       */s/ Ryan M. Blitz, Esq.*
                                                       Ronald D. Weiss, P.C.
                                                       734 Walt Whitman Road, Suite 203
                                                       Melville, New York 11747
                                                       Tel: (631) 271-3737
                                                       Fax: (631) 271-3784

*Bankruptcy Law • Reorganization • Foreclosure Defense • Mortgage Modification • Litigation Defense • Creditor Negotiations*