**Shapiro, DiCaro & Barak, LLC**
Attorneys at Law

One Huntington Quadrangle, Suite 3N05
Melville, New York 11747
Tel: (631) 844-9611 • Fax: (631) 844-9525

**Partners:**
Gerald M. Shapiro (admitted in FL, IL)
David S. Kreisman (admitted in IL)

**Managing Partners:**
John A. DiCaro (NY)
Shari S. Barak (NY)

July 23, 2020

Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

    RE:    Robin Johnson
             Chapter 13
             Case Number:  1-20-40333-NHL
             SD&B File Number:  19-083417

Dear Judge Lord:

This loss mitigation status letter is submitted on behalf of Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS17, a secured creditor of the above referenced Debtor.

On March 30, 2020 an order was entered for our client to participate in loss mitigation with the Debtor. On April 2, 2020 our office filed a Creditor's Affidavit with this Court and provided Debtor and Debtor's Counsel with a financial package. As Debtor had submitted some financial information prior to this Court entering the aforementioned order, a list of missing items was included with the Creditor's Affidavit. On June 6, 2020, Debtor submitted documents to our office, which were promptly provided to our client for review. Our client's review resulted in a missing document letter, dated June 11, 2020. On June 17, 2020, Debtor submitted documents to our office, which were promptly provided to our client for review. Our client's review resulted in a missing document letter that was provided to Debtor's Counsel via email on July 21, 2020.

We hope to have an update for this Court at the next Loss Mitigation Status Conference, currently scheduled for July 30, 2020.

Should this Court have any questions, please do not hesitate to contact me. Thank you.

Very truly yours,
*/s/Barbara Dunleavy*
Barbara Dunleavy

**Additional Office Location:**
175 Mile Crossing Boulevard, Rochester, New York 14624 | Tel: (585) 247-9000 | Fax: (585) 247-7380

www.LOGS.com/shapiro_dicaro_barak