

**LOGS Legal Group LLP**
Attorneys at Law

175 Mile Crossing Boulevard
Rochester, New York 14624
Tel: (585) 247-9000 • Fax: (585) 247-7380

**Partners**
Gerald M. Shapiro (licensed in FL, IL)
David S. Kreisman (licensed in IL)

**Regional Managing Partner**
John A. DiCaro (licensed in NY)

**Managing Partner**
Shari S. Barak (licensed in NY)

January 28, 2022

Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

     RE:    Robin Johnson
                Chapter 13
                Case Number:  1-20-40333-NHL
                SD&B File Number:  19-083417

Dear Judge Lord:

This loss mitigation status letter is submitted on behalf of Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS17, a secured creditor of the above referenced Debtor.

On March 30, 2020 an order was entered for our client to participate in loss mitigation with the Debtor.  On April 2, 2020 our office filed a Creditor's Affidavit with this Court and provided Debtor and Debtor's Counsel with a financial package.  As Debtor had submitted some financial information prior to this Court entering the order, a list of missing items was included with the Creditor's Affidavit.  On June 6, 2020, Debtor submitted documents to our office, which were promptly provided to our client for review.  Since that time the exchange of information/documentation has been on-going. . The review resulted in our client offering a Trial Modification Payment Plan to which the debtor has accepted. The Trial Modification Plan consisted of three payments due on the first of each month beginning December 1, 2020 in the amount of $4,844.00 per month. The Trial Modification Payment Plan was successfully completed and our client is now preparing a final modification to be offered. In preparation of the final modification it was confirmed that a letter of indemnity is needed from First American Title Insurance Company addressed to Old Republic. Our client has confirmed that the letter of indemnity has been issued and is being sent to the title company. The modification documents should be drawn up shortly.  We have been following up regularly with our client for the documents and hope to have them prior to the next hearing

Should this Court have any questions, please do not hesitate to contact me. Thank you.

Very truly yours,

 */s/Shari Barak*_____
Shari S. Barak, Esq.